No. 11-6914. Tyquann Brown, Petitioner v. United States.

565 U.S. 1160, 132 S. Ct. 1096, 181 L. Ed. 2d 984, 2012 U.S. LEXIS 847.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 438 Fed. Appx. 75.